1  Jon T. Neumann, SBN 018858
2  neumannj@gtlaw.com
   GREENBERG TRAURIG, LLP
3  2375 E. Camelback Road, Suite 700
   Phoenix, AZ 85016
4  (602) 445-8000

5
6  *Attorneys for Plaintiffs CVS Caremark, LLC;
   Caremark PHC, LLC; Caremark PCS Health,
7  LLC; Caremark, LLC; Caremark RX, LLC;
   Aetna, Inc.; and Aetna Health, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Caremark, LLC; Caremark PHC, LLC; CaremarkPCS Health, LLC; Caremark Rx, LLC; Aetna, Inc.; and Aetna Health, Inc., <br><br> Petitioners, <br><br> v. <br><br> The Chickasaw Nation; The Chickasaw Nation Department of Health; The Ardmore Health Clinic; The Chickasaw Nation Medical Center; The Purcell Health Clinic; The Tishomingo Health Clinic; and Chickasaw Nation Online Pharmacy Refill Center, <br><br> Respondents. | Case No. _____ <br><br> **PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Caremark, LLC, Caremark PHC, LLC, CaremarkPCS Health, LLC, Caremark Rx, LLC, Aetna, Inc. and Aetna Health, Inc. hereby state as follows:

Defendant Aetna Health, Inc. is 100% owned by Aetna Health Holdings, LLC, which is 100% owned by Defendant Aetna, Inc., which is 100% owned by CVS Pharmacy, Inc., which is 100% owned by CVS Health Corporation ("CVS Health"), a Delaware corporation

and publicly traded company. CVS Health has no parent company, and no other publicly held corporation owns 10% or more of its stock.

Defendants Caremark PHC, L.L.C.; Caremark Rx, L.L.C.; Caremark, L.L.C.; and Caremark PCS Health, L.L.C. are each a limited liability company, not a "nongovernmental corporate party" for purposes of Rule 7.1. Rule 7.1 therefore does not require any disclosures with respect to them. These defendants are indirect subsidiaries of CVS Health; no publicly held corporation directly or indirectly holds an ownership interest in any of them in excess of 10%. Defendant CVS Caremark, LLC is not a legally cognizable corporate entity. Thus, Rule 7.1 does not apply to it.

Dated this this 2nd day of April, 2021.

GREENBERG TRAURIG, LLP

By: */s/ Jon T. Neumann*
Jon T. Neumann
*Attorneys for Plaintiffs CVS Caremark, LLC; Caremark PHC, LLC; Caremark PCS Health, LLC; Caremark, LLC; Caremark RX, LLC; Aetna, Inc.; and Aetna Health, Inc.*